# ALABAMA COURT OF CRIMINAL APPEALS



October 11, 2024

**CR-2024-0165**

Daniel Ralph Leon Bess v. State of Alabama (Appeal from Lee Circuit Court: CC-20-321.70,  CC-20-328.70,  CC-21-421.70, and CC-21-422.70)

## <u>NOTICE</u>

You are hereby notified that on October 11, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk